# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:24-CV-08257-CCC-JSA

Plaintiff:
**JINHUA HIBO TECHNOLOGY CO LTD**

vs.

Defendant:
**USMARTPLUS INC**

For:
SHAN CHEN, ESQ
MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS
NEW YORK, NY 10019



DPR2024001753

Received by DIRECT PROCESS to be served on **USmartPllus Inc D.B.A  Marble Online Corp, 260 Schuyler Avenue, Kearny, NJ 07032.**

I, Michael Marra, do hereby affirm that on the **9th day of September, 2024** at **10:18 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT JURY TRIAL DEMANDED AND CORPORATE DISCLOSURE STATEMENT** with the date and hour of service endorsed thereon by me, to: **Marcela Cordero** as **Managing Agent** for **USmartPllus Inc D.B.A Marble Online Corp**, at the address of: **260 Schuyler Avenue, Kearny, NJ 07032**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 155, Hair: Light Brown, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

*Michael Marra*          09 / 09 / 2024

**Michael Marra**

_____

**Date**

**DIRECT PROCESS**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2024001753
Ref: 2024001753
Service Fee: _____

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Doc ID: deb02f13cfb2fc2fb943b80cf6d7447145362fdb