## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 2:24-CV-08257-CCC-JSA

Plaintiff:
**JINHUA HIBO TECHNOLOGY CO LTD**

vs.

Defendant:
**USMARTPLUS INC**

For:
SHAN CHEN, ESQ
MAZZOLA LINDSTROM LLP
1350 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Received by Direct Process Server LLC on the 6th day of September, 2024 at 9:04 am to be served on **USmartPllus Inc D.B.A  Marble Online Corp, 1270 S TALT AVE, ANAHEIM, CA 92806.**

I, Demytra Holloway, do hereby affirm that on the **6th day of September, 2024 at 12:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT JURY TRIAL DEMANDED AND CORPORATE DISCLOSURE STATEMENT,** to: **FABIOLA FUENTES** as **AUTHORIZED AGENT** for **USmartPllus Inc D.B.A  Marble Online Corp,** at the address of: **1270 S TALT AVE, ANAHEIM, CA 92806,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: HISPANIC, Height: 5'5, Weight: 200, Hair: BLACK, Glasses: Y

I ,Demytra Holloway affirm on the date endorsed below, under penalties of perjury under the laws of New York ,which may include fine or imprisonment , that this document may be filed in action or proceeding in a court of law.



**Demytra Holloway**

9-10-24

**Date**

**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2024001754

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.0a