UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
Jinhua Hibo Technology Co., Ltd. and Jinhua Jobo
Technology Co., Ltd.                                    Civil Action No.:

       Plaintiffs,                         2:24-cv-08257-CCC-JSA

    -against-                                   Hon. Jessica S. Allen

USmartPlus Inc. D.B.A. Marble Online Corp.,
       Defendant.
---------------------------------------------------------------x

# Joint Status Report

Dear Judge Allen:

    Plaintiff's counsel writes jointly with defendant's counsel in the captioned civil action to update the court on the status of the case.

    In accordance with the court's scheduling order of November 12, 2024, plaintiff timely served its interrogatories on December 6, 2024. Defendant responded to plaintiff's interrogatories on January 15, 2025. Plaintiff has advised defense counsel of certain deficiencies in its response, and we do not believe court involvement is necessary to help to resolve the issue.

    While the interrogatories were, per the order, to be served by December 6, 2024, defendant served its interrogatories on December 20th. As a professional courtesy, plaintiff waives any objection as to its untimeliness, and will respond within 45 days thereof – *i.e.*, by Monday, February 3, 2025.

    Documentary discovery has not yet been exchanged by both parties, and it is expected that depositions will be completed by June 30, 2025, in accordance with the scheduling order.

Further, the parties have been engaged in settlement negotiations.

Dated:  New York, New York
                January 21st, 2025

                                             Respectfully submitted,

                                             MAZZOLA LINDSTROM, LLP

                                             _____
                                           Shan (Jessica) Chen
                                           *Counsel for plaintiffs*
                                           1350 Avenue of the Americas, 2nd Floor
                                           New York, New York 10019
                                           (d) 646-416-6280
                                           (m) 347-652-9046
                                           jessica@mazzolalindstrom.com

Dated: Millburn, New Jersey
         January 21st, 2025.

                                           REN RONG PAN ATTORNEY AT LAW
                                           Attorney for Defendant
                                           ***S/ REN RONG PAN***
                                           Ren Rong Pan, Esq. (RP-7378)
                                           75 Main Street, Suite 201
                                           Millburn, NJ 07041
                                           (212) 406- 5533/(917)536-8342