# Exhibit 1

| | |
|---|---|
| **From:** | Adam Wiener |
| **To:** | rpanlaw@gmail.com |
| **Cc:** | Jessica Chen; Richard Lerner |
| **Subject:** | FW: Jinhua Hibo Technology. Co., Ltd. and Jinhua Jobo Technology Co., Ltd. adv. USmartPlus Inc. D.B.A. Marble Online Corp. |
| **Date:** | Wednesday, April 23, 2025 5:11:00 PM |
| **Attachments:** | Joint Status Letter.docx<br>Notice of Deposition - Allan.pdf<br>Notice of Deposition - Emily Ling Ling.pdf |

Hello, I left you some voicemail earlier today and I am following up again. This looks like a simple letter. Can you please say yes to it today? I will be watching my e-mail for the rest of the day.

**Adam Wiener, Law Clerk**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
adam@mazzolalindstrom.com www.mazzolalindstrom.com 732-947-9111

**From:** Adam Wiener
**Sent:** Wednesday, April 23, 2025 12:52 PM
**To:** rpanlaw@gmail.com
**Cc:** Jessica Chen <jessica@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** FW: Jinhua Hibo Technology. Co., Ltd. and Jinhua Jobo Technology Co., Ltd. adv. USmartPlus Inc. D.B.A. Marble Online Corp.

Please confirm the joint status letter today and send it to me and Jessica today for filing. Thank you.

**Adam Wiener, Law Clerk**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
adam@mazzolalindstrom.com www.mazzolalindstrom.com 732-947-9111

**From:** Jessica Chen <jessica@mazzolalindstrom.com>
**Sent:** Wednesday, April 23, 2025 10:30 AM
**To:** REN RONG PAN <rpanlaw@gmail.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>; Adam Wiener <adam@mazzolalindstrom.com>; Antonio Caquias <antonio@mazzolalindstrom.com>
**Subject:** RE: Jinhua Hibo Technology. Co., Ltd. and Jinhua Jobo Technology Co., Ltd. adv. USmartPlus Inc. D.B.A. Marble Online Corp.

Dear Mr. Pan,

Please see attached the draft joint status letter and deposition notices directed to your client.

Please confirm the joint status letter so that we can file it today. Please reply ALL because I am

out of town and have very limited access to my email today.

Thank you very much.

Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
**O +1 646.416.6280  M +1 347.652.9046**
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer –** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

**From:** REN RONG PAN <rpanlaw@gmail.com>
**Sent:** Wednesday, April 16, 2025 3:12 PM
**To:** Jessica Chen <jessica@mazzolalindstrom.com>
**Subject:** Re: Jinhua Hibo Technology. Co., Ltd. and Jinhua Jobo Technology Co., Ltd. adv. USmartPlus Inc. D.B.A. Marble Online Corp.

```
Dear Jessica -
How are you doing?  Attached are 2 deposition notices directed
to your client.  Once you've done your part, please provide a
proposed joint status report.
```

**REN RONG PAN 潘仁荣律师 ATTORNEY AT LAW**

*CHINATOWN OFFICE  100 East Broadway, Ste 903, New York, NY 10002*

*Tel: (212) 406-5533    Fax: (212) 608-2328*

*NEW JERSEY OFFICE  75 Main Street, Suite 201, Millburn, NJ 07041*

*TEL: (917) 536-8342 FAX: (973) 912-0330*

CONFIDENTIALITY NOTICE TO RECIPIENT:

This communication and contents hereof are intended to be privileged and confidential and directed only to the person or entity addressed to and protected by attorney-client privilege, which is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. In accordance with Treasury Regulations (31 CFR Part 10, Sec. 10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.

On Mon, Mar 31, 2025 at 5:22 PM Jessica Chen <jessica@mazzolalindstrom.com> wrote:

Dear Mr. Pan,

Further to my email below, please see attached the plaintiffs' response to RPF and the link of documents below.

https://mazzolalindstromllp.sharefile.com/d-s6ac7cbc6e0844dfda3f9800dfebc6e8d

**Also, following up on the draft joint status letter that was sent earlier—please confirm the content so that we can file it with the court today.**

Thank you.

Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
**O +1 646.416.6280  M +1 347.652.9046**
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer –** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

---

**From:** Jessica Chen
**Sent:** Monday, March 31, 2025 3:46 PM
**To:** REN RONG PAN <rpanlaw@gmail.com>; rpanlaw@yahoo.com
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Jinhua Hibo Technology. Co., Ltd. and Jinhua Jobo Technology Co., Ltd. adv. USmartPlus Inc. D.B.A. Marble Online Corp.

Dear Mr. Pan,

Please see attached the plaintiffs' revised answers to interrogatories with the updated verification and draft joint status letter to be filed with the court today. The plaintiffs' response to RPF is coming shortly. But since we have to submit the joint status letter to the court today, I'm sending it to you first so that we can meet and confer before filing.

Ms. Jia will attach her Verifications to the original answers to defendant's interrogatories and the revised answers to defendant's interrogatories—please see both attached. Regarding points 2 and 3 of your Letter of Deficiency, you stated that our responses are defective and our objections unjustifiable. Please state with particularity what the alleged deficiency is so we can address your concerns appropriately.

We are always open to further meet and confer on this matter. Please let us know if you want to further discuss or if a further exchange would be productive.

Looking forward to hearing from you.

Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
**O +1 646.416.6280  M +1 347.652.9046**
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer** – The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

---

**From:** Jessica Chen
**Sent:** Thursday, March 27, 2025 4:59 PM
**To:** REN RONG PAN <rpanlaw@gmail.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Jinhua Hibo Technology. Co., Ltd. and Jinhua Jobo Technology Co., Ltd. adv. USmartPlus Inc. D.B.A. Marble Online Corp.

Hi Mr. Pan,

I wanted to send you a quick heads-up that our response to the RFP is due on Monday, March 31. I noticed that your papers indicate March 28—just wanted to clarify the correct date, giving us each a few extra days, if needed.

Please let me know if you have any questions.

Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
**O +1 646.416.6280  M +1 347.652.9046**
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer** – The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

---

**From:** REN RONG PAN <rpanlaw@gmail.com>
**Sent:** Friday, February 28, 2025 4:29 PM

**To:** Jessica Chen <jessica@mazzolalindstrom.com>
**Subject:** Re: Jinhua Hibo Technology. Co., Ltd. and Jinhua Jobo Technology Co., Ltd. adv. USmartPlus Inc. D.B.A. Marble Online Corp.

Dear Jessica –

Attached are the Defendant's revised Answer to Interrogatories with signed Verification and Defendant's 1st Request for Production of Documents.

My client wishes to respond to your "deficiency letter" below as follows:
1. Interrogatory 21 – No as there is no formal process of generating such corporate documents.
2. My client will attach her Verification to the revised Answers to Plaintiff's interrogatories.

The following is the Defendant's Letter of Deficiency to Plaintiff:
1. The person who signed the Verification to Plaintiff's Answer to Defendant's Interrogatories was "Jasmine Jia" – we suspect this is not a legal name of your client's principal – rendering your submission invalid. Same case with your responses 1. Please provide a proper verification so as to mitigate the consequences of committing perjury! – but we reserve the right to pursue such a claim.
2. Your responses to Defendant's Interrogatories 10 through 12 are defective and objections unjustifiable.
3. Your responses to Defendant's Interrogatories 20-24 through 12 are defective and objections unjustifiable.

Please work with us so as to achieve reasonable discovery of the case. Thank you and have great weekend!

**REN RONG PAN 潘仁荣律师 ATTORNEY AT LAW**
*CHINATOWN OFFICE* 100 East Broadway, Ste 903, New York, NY 10002
Tel: (212) 406-5533  Fax: (212) 608-2328
*NEW JERSEY OFFICE* 75 Main Street, Suite 201, Millburn, NJ 07041
TEL: (917) 536-8342 FAX: (973) 912-0330

CONFIDENTIALITY NOTICE TO RECIPIENT:

This communication and contents hereof are intended to be privileged and confidential and directed only to the person or entity addressed to and protected by attorney-client privilege, which is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. In accordance with Treasury Regulations (31 CFR Part 10, Sec. 10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.

On Mon, Feb 3, 2025 at 4:52 PM Jessica Chen <jessica@mazzolalindstrom.com> wrote:

Dear Mr. Pan,

Further to my email below, I'm following up on my email dated Jan 21st regarding defendant's response to question 21 (please see details in the email chain below).

Also, we noticed that there is no verification from the defendant attached to the defendant's answers to interrogatories. Please send it to us at your earliest convenience.

Thanks.

Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
**O +1 646.416.6280  M +1 347.652.9046**
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer** – The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

---

**From:** Jessica Chen
**Sent:** Monday, February 3, 2025 4:11 PM
**To:** REN RONG PAN <rpanlaw@gmail.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Jinhua Hibo Technology. Co., Ltd. and Jinhua Jobo Technology Co., Ltd. adv. USmartPlus Inc. D.B.A. Marble Online Corp.

Dear Mr. Pan,

Happy Chinese New Year.

Please see attached Plaintiffs' Answers to Interrogatories.

We've discussed with our clients, and while your client's offer is too low to be considered a good faith offer, our clients are willing to settle at $490,000.

Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
O +1 646.416.6280  M +1 347.652.9046
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer** – The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

---

**From:** REN RONG PAN <rpanlaw@gmail.com>
**Sent:** Wednesday, January 22, 2025 8:16 AM
**To:** Jessica Chen <jessica@mazzolalindstrom.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Jinhua Hibo Technology. Co., Ltd. and Jinhua Jobo Technology Co., Ltd. adv. USmartPlus Inc. D.B.A. Marble Online Corp.

```
Thanks - will file it today!
```

**REN RONG PAN 潘仁荣律师 ATTORNEY AT LAW**
CHINATOWN OFFICE 100 East Broadway, Ste 903, New York, NY 10002
Tel: (212) 406-5533    Fax: (212) 608-2328
NEW JERSEY OFFICE 75 Main Street, Suite 201, Millburn, NJ 07041
TEL: (917) 536-8342 FAX: (973) 912-0330

**CONFIDENTIALITY NOTICE TO RECIPIENT:**

This communication and contents hereof are intended to be privileged and confidential and directed only to the person or entity addressed to and protected by attorney-client privilege, which is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. In accordance with Treasury Regulations (31 CFR Part 10, Sec. 10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.

On Tue, Jan 21, 2025 at 2:35 PM Jessica Chen <jessica@mazzolalindstrom.com> wrote:

> Dear Mr. Pan,
>
> Please see the draft joint status letter attached. We have to submit it to the court today.
>
> Best regards,
>
> **Shan (Jessica) Chen**

**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
O +1 646.416.6280  M +1 347.652.9046
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer –** The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

---

**From:** Jessica Chen
**Sent:** Tuesday, January 21, 2025 12:35 PM
**To:** REN RONG PAN <rpanlaw@gmail.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Jinhua Hibo Technology. Co., Ltd. and Jinhua Jobo Technology Co., Ltd. adv. USmartPlus Inc. D.B.A. Marble Online Corp.

Dear Mr. Pan,

With regard to the interrogatories, in response to question 21 defendant stated that information about document storage is irrelevant to the claims in this case. However, the plaintiff is entitled to know whether, for example, all relevant corporate documents are stored electronically, versus whether they are stored in hard copy. Accordingly, please update your interrogatory responses to include this information. We withdraw our request for information as to how corporate minutes, bylaws and resolutions are stored, and we limit our request to corporate documents relevant to the case, such as email exchanges between the parties, defendant's customers, documentation of complaints, data regarding alleged defects, sales of product, payments to plaintiff, disputes with plaintiff regarding moneys owed, and the like.

Additionally, plaintiff is entitled to know whether electronic records are stored in the cloud, or locally, or both. The purpose is that plaintiff should be able to assess the completeness of the documentary disclosures, and to question your client's representatives at their depositions.

Please advise whether you will provide this information, as we are preparing the proposed joint status report, and wish to advise whether or not there is a dispute as to this issue.


Best regards,

**Shan (Jessica) Chen**
**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
O +1 646.416.6280  M +1 347.652.9046
Jessica@mazzolalindstrom.com  www.mazzolalindstrom.com

**Disclaimer** - The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

**From:** Jessica Chen
**Sent:** Thursday, January 16, 2025 6:38 PM
**To:** REN RONG PAN <rpanlaw@gmail.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Jinhua Hibo Technology. Co., Ltd. and Jinhua Jobo Technology Co., Ltd. adv. USmartPlus Inc. D.B.A. Marble Online Corp.

Dear Mr. Pan,

Happy New Year.

As requested, please ask your client to propose a higher settlement amount. The current figure is too low to be considered a good faith offer or a viable counter. In the meantime, I will follow up with my client.

Thank you.

Best regards,
Jessica


On Jan 15, 2025, at 17:11, REN RONG PAN <rpanlaw@gmail.com> wrote:

```
Dear Jessica -
Happy New Year!
Enclosed please find Defendant's Answer to
Interrogatories.  As noted, the parties did settle
for $180,000 last Feb. - that's why my client
offered $85K in good faith as the initial offer!
However, you refused to make a counter-offer to
keep the ball rolling ...
Please revert asap if your client is still
interested in settling this matter before we make
a motion!
```

**REN RONG PAN 潘仁荣律师 ATTORNEY AT LAW**
CHINATOWN OFFICE  100 East Broadway, Ste 903, New York, NY 10002
Tel: (212) 406-5533    Fax: (212) 608-2328
NEW JERSEY OFFICE  75 Main Street, Suite 201, Millburn, NJ 07041

*TEL: (917) 536-8342 FAX: (973) 912-0330*

CONFIDENTIALITY NOTICE TO RECIPIENT:

This communication and contents hereof are intended to be privileged and confidential and directed only to the person or entity addressed to and protected by attorney-client privilege, which is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. In accordance with Treasury Regulations (31 CFR Part 10, Sec. 10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.